September 19, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

ALBERT LEE GIDDENS, APLC, Appellant

NO. 14-16-00772-CV                    v.

JUAN CUEVAS, EVENTINO ARREDONDO, AND BUILT RIGHT HOMES, LLC, Appellees

_____

This cause, an appeal from the judgment in favor of appellees Juan Cuevas, Eventino Arredondo, and Built Right Homes, LLC, signed June 28, 2016, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment in favor of appellee Cuevas and against appellant Albert Lee Giddens, APLC. We therefore order only that portion of the judgment **REVERSED** and the cause **REMANDED** for proceedings in accordance with this court's opinion. We order the remainder of the judgment **AFFIRMED.**

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.